May 5, 1978

389 A.2d 158

Ben's Ornamental Iron Works, Inc. v. The Trident
Corporation et al., Appellants.

Submitted December 6, 1976.　M. Patricia Harkins, for appellants;　Paul J. Duca, and Silver, Lovitz and Atkinson, for appellee.

Judgment affirmed.

WATKINS, former P. J., did not participate in the consideration or decision of this case.